**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 528 MAL 2022

        Respondent   :

           :   Petition for Allowance of Appeal
           :   from the Order of the Superior Court

        v.   :

           :

TRAVON JOHNSON,   :

        Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.